GEORGE KNOLMEYER, RESPONDENT, v. NEW JERSEY STATE HIGHWAY DEPARTMENT, APPELLANT.

Submitted October 29, 1943—Decided December 9, 1943.

For the respondent, *Strong & Strong* (*Theodore Strong*).

For the appellant, *David T. Wilentz*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Case in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, BODINE, HEHER, PERSKIE, PORTER, COLIE, DEAR, WELLS, RAFFERTY, HAGUE, THOMPSON, DILL, JJ. 13.

*For reversal*—None.